GREGORY T. MEATH (State Bar No. 180495)
MEATH & PEREIRA
20 North Sutter Street, Suite 200
Stockton, CA 95202-2911
Ph. (209) 942-3300
Fx. (209) 942-3302
greggmeath@hotmail.com
Attorneys for Plaintiff

MILLSTONE PETERSON & WATTS, LLP
*Attorneys at Law*
JEREMY MILLSTONE, ESQ. (SBN 166901)
BRIDGET C. HALVORSON, ESQ. (SBN 90704)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: (916) 780-8222
Fax: (916) 780-8775
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DENIRO MARKETING, LLC A California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>NEW EDGE MEDIA INC. a California corporation, individually and D/B/A MEONYOU.COM; STEPHEN CORGIAT; and MARISSA L. NICKNIG<br><br>Defendants. | E.D. Case No. 2:08-CV-00759-JAM-DAD<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Plaintiff's counsel has encountered difficulty in locating suitable experts to undertake the technically complex discovery necessary to resolve this case and experts to receive, compare, analyze and report upon the data produced; and

WHEREAS, the Defendant's counsel has encountered difficulty due to the necessity to make several changes in the assignment of this case to attorneys within the law firm; and also, similarly to Plaintiff, in locating suitable experts to undertake the technically complex discovery necessary to resolve this case and experts to receive, compare, analyze and report upon the data produced; and

WHEREAS, negotiating and drafting of the [Proposed] Stipulated Protective Order to govern the discovery and access to confidential information involved in this case took longer than anticipated due to the more complex nature of the physical discovery process and the determination and designation of approved recipients of confidential information; and

WHEREAS, the parties have exercised due diligence with respect to the discovery process to this point, including contacting potential expert witnesses regarding their expertise, capabilities and fees and initiating discussions and preparing Rule 26(a) preliminary disclosures, identification of trade secrets, and undertaking detailed negotiations and drafting of a [Proposed] Stipulated Protective Order to govern the discovery and access to confidential information involved in this case; and

WHEREAS, the parties have accordingly shown just cause pursuant to FRCP 16(b)(4).

PDF created with pdfFactory trial version www.pdffactory.com

NOW THEREFORE, the parties hereby agree and stipulate, and respectfully request that the Court amend its previous Scheduling order, as follows or as reasonably close to the dates following, as the Court deems appropriate:

1) All dispositive motions shall be filed by August 5, 2009. Hearing on such motions shall be on September 9, 2009 at 9:00 a.m.

2) The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by April 3, 2009.  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by April 10, 2009.

3) The final pre-trial conference is set for October 9, 2009 at 2:00 p.m.

4) Jury trial in this matter is set for November 16, 2009 at 8:30 a.m. The parties estimate a trial length of approximately 4 days.

[SIGNATURES ON NEXT PAGE]

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: November 25, 2008 | MEATH & PEREIRA |
| 2 | | ATTORNEYS AND COUNSELORS |
| 3 | | |
| 4 | | By: /s./ Gregory T. Meath |
| 5 | | GREGORY T. MEATH |
| | | Attorneys for Plaintiff |
| 6 | | DENIRO MARKETING, LLC |
| 7 | | |
| 8 | DATED: November 25, 2008 | MILLSTONE PETERSON & WATTS. LLP |
| | | Attorneys at Law |

By: /s./ Jeremy S. Millstone
   JEREMY S. MILLSTONE
   Attorneys for Defendants
   NEW EDGE MEDIA INC. a California
   corporation, individually and D/B/A
   MEONYOU.COM; STEPHEN
   CORGIAT; MARISSA L. NICKNIG

### E-FILING SIGNATURE ATTESTATION

I hereby attest that I have been expressly authorized by opposing counsel to affix his or her signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

November 24, 2008                    /s/ Gregory T. Meath
                                     GREGORY T. MEATH

**[Submitted via E-Filing]**

2
STIPULATED AMENDED SCHEDULING ORDER
Case No. 2:08-CV-00759-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1 | **ORDER**

5 | IT IS SO ORDERED.

6 | Dated:   November 25, 2008

7 |                                          /s/ John A. Mendez_____
8 |                                          HON. JOHN A. MENDEZ
                                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com