GREGORY T. MEATH (State Bar No. 180495)
MEATH & PEREIRA
20 North Sutter Street, Suite 200
Stockton, CA 95202-2911
Ph. (209) 942-3300
Fx. (209) 942-3302
greggmeath@hotmail.com
Attorneys for Plaintiff

MILLSTONE PETERSON & WATTS, LLP
*Attorneys at Law*
JEREMY MILLSTONE, ESQ. (SBN 166901)
BRIDGET C. HALVORSON, ESQ. (SBN 90704)
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: (916) 780-8222
Fax:    (916) 780-8775
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DENIRO MARKETING, LLC<br>A California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>NEW EDGE MEDIA INC. a California corporation, individually and D/B/A MEONYOU.COM; STEPHEN CORGIAT; and MARISSA L. NICKNIG<br><br>Defendants. | E.D. Case No.  2:08-CV-00759-JAM-DAD<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |

WHEREAS, negotiating and drafting of the Stipulated Protective Order to govern the discovery and access to confidential information involved in this case took longer than anticipated due to the more complex nature of the physical discovery process and the determination and designation of approved recipients of confidential information; and

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, The travel and work schedule of Plaintiff's principal delayed Plaintiff's responses to Defendants' first written discovery requests and because of the parties agreement that Plaintiff would not propound its written requests until Plaintiff's responses to Defendants' first written discovery requests had been served; and

WHEREAS, the parties have exercised due diligence with respect to the discovery process to this point, including contacting potential expert witnesses regarding their expertise, capabilities and fees and initiating discussions and preparing Rule 26(a) preliminary disclosures, identification of trade secrets, and undertaking detailed negotiations and drafting of a Stipulated Protective Order to govern the discovery and access to confidential information involved in this case, and propounding and responses to Defendants' first written discovery requests have been done; and

WHEREAS, the parties have accordingly shown just cause pursuant to FRCP 16(b)(4).

NOW THEREFORE, the parties hereby agree and stipulate, and respectfully request that the Court amend its previous Scheduling order, as follows or as reasonably close to the dates following, as the Court deems appropriate:

1) All written discovery requests shall be served on or before March 1, 2009.

2) All discovery shall be completed by April 15, 2009.

[SIGNATURES ON NEXT PAGE]

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 19, 2009 | MEATH & PEREIRA |
| 3 | | ATTORNEYS AND COUNSELORS |
| 4 | | |
| 5 | | By: /s./ Gregory T. Meath |
| | | GREGORY T. MEATH |
| | | Attorneys for Plaintiff |
| 6 | | DENIRO MARKETING, LLC |
| 7 | | |
| 8 | DATED: February 19, 2009 | MILLSTONE PETERSON & WATTS. LLP |
| | | Attorneys at Law |
| 9 | | |
| 10 | | |
| 11 | | By: /s./ Jeremy S. Millstone |
| | | JEREMY S. MILLSTONE |
| | | Attorneys for Defendants |
| 12 | | NEW EDGE MEDIA INC. a California |
| | | corporation, individually and D/B/A |
| 13 | | MEONYOU.COM; STEPHEN CORGIAT; |
| 14 | | MARISSA L. NICKNIG |

### **E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his or her signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

February 18, 2009                    /s/ Gregory T. Meath
                                     GREGORY T. MEATH

**[Submitted via E-Filing]**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

Dated: February 19, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com