Gary Jay Kaufman, Esq.     State Bar No. 92759
Colin Hardacre, Esq.       State Bar No. 250915
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:  (310) 712-0023

Attorneys for Plaintiff
Deniro Marketing, LLC

Jeremy S. Millstone, Esq.  State Bar No. 166901
MILLSTONE PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, California 95661
Telephone:  (916) 780-8222
Facsimile:   (916) 780-8775

Attorneys for Defendants
New Edge Media, Inc.,
Stephen Corgiat; Marissa L. Nicknig

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DENIRO MARKETING, LLC,<br>A California Limited Liability Company,<br><br>     Plaintiff,<br><br>     vs.<br><br>NEW EDGE MEDIA INC., a California<br>corporation, individually and D/B/A<br>MEONYOU.COM; STEPHEN CORGIAT; and<br>MARISSA L. NICKNIG,<br><br>     Defendants. | Case No. 2:08-CV-00759-JAM-DAD<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. John A. Mendez |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  respective counsel of record that the above-captioned action is hereby dismissed with prejudice

3  pursuant to Federal Rule of Civil Procedure 41(a)(1).

4

5  October 16, 2009                                THE KAUFMAN LAW GROUP

6

7                                                  By: __/s/ GARY JAY KAUFMAN___
                                                   GARY JAY KAUFMAN
8                                                  Attorneys for Plaintiff,
                                                   Deniro Marketing, LLC
9

10  October 16, 2009                               MILLSTONE, PETERSON & WATTS

11

12                                                 By: __/s/ JEREMY S. MILLSTONE__
                                                   (as authorized on October 16, 2009)
13                                                 JEREMY S. MILLSTONE
                                                   Attorneys for Defendants
14                                                 New Edge Media, Inc., Stephen Corgiat;
                                                   Marissa L. Nicknig
15

16

17  **IT IS SO ORDERED**

18

19  Dated: October 19, 2009                        _____/s/  John A. Mendez
                                                   HON. JOHN A. MENDEZ
20                                                 United States District Judge

21

22

23

24

25

26

27

28